UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANKOOK TIRE AMERICA CORP, <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MERCHANT MARINE, CO., LTD; HYUNDAI INTERMODAL, INC.; and ZIP TRUCK LINES, INC., <br><br> Defendants. | NO: 1:17-CV-3145-RMP <br><br> ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST HYUNDAI INTERMODAL, INC. WITH PREJUDICE |

**BEFORE** the Court is Defendant Hyundai Intermodal, Inc.'s Motion to Dismiss for Failure to State a Claim, ECF No. 13. Plaintiff has filed a Notice of Non-Opposition to Defendant Hyundai Intermodal, Inc.'s motion, ECF No. 21. Having reviewed the filings and the record, the Court finds good cause to grant dismissal of Defendant Hyundai Intermodal, Inc. Accordingly, **IT IS HEREBY ORDERED:**

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1. Defendant Hyundai Intermodal, Inc.'s Motion to Dismiss for Failure to State a Claim, **ECF No. 13**, is **GRANTED**.

2. Plaintiffs' Complaint against Defendant Hyundai Intermodal, Inc., is dismissed with prejudice and without costs to any party.

3. Judgment shall be entered for Defendant Hyundai Intermodal, Inc.

4. All remaining claims against any other defendants remain pending.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter Judgment as directed, and provide copies to counsel.

**DATED** October 18, 2017.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge