# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Hankook Tire America Corp <br><br> *Plaintiff* <br> v. <br> Hyundai Merchant Marine Co Ltd; Hyundai Intermodal Inc.; and Zip Truck Lines Inc. <br><br> *Defendant* | ) <br> ) <br> ) Civil Action No. 1:17-cv-03145-RMP <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Hyndai Intermodal, Inc.'s Motion to Dismiss for Failure to State a Claim, ECF No. 13, GRANTED. Plaintiffs' Complaint against Defendant Hyundai Intermodal, Inc., is dismissed with prejudice and without costs to any party.
Judgment for Defendant Hyundai Intermodal, Inc.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendant Hyndai Intermodal Inc.'s Motion to Dismiss for Failure to State a Claim, ECF No. 13, GRANTED.

Date: 10/18/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler