UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HANKOOK TIRE AMEICA CORP., <br><br> Plaintiff, <br><br> v. <br><br> HYUNDAI MERCHANT MARINE CO., LTD. and ZIP TRUCK LINES, INC., <br><br> Defendants. | NO: 1:17-CV-3145-RMP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE THE COURT** is the parties' Stipulated Motion for Judgment of Dismissal with Prejudice, ECF No. 28, and the Praecipe, ECF No. 29, which corrects the date of the original filing at ECF No. 28. Having reviewed the Stipulated Motion and Praecipe, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion to Dismiss and the subsequently filed Praecipe, **ECF Nos. 28 and 29**, are **GRANTED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 4, 2017.

*s/ Rosanna Malouf Peterson*<br>
ROSANNA MALOUF PETERSON<br>
United States District Judge